**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Action No. 09-cv-02632-PAB-MJW

DOUGLAS MCGEE, on behalf of himself and other similarly situated,

    Plaintiff,

v.

MWH CONSTRUCTORS, INC.,

    Defendant.

_____

**ORDER SETTING HEARING UNDER FED. R. CIV. P. 16**
_____

This matter comes before the Court upon a class action Complaint filed by the Plaintiff. In light thereof, a hearing pursuant to Fed. R. Civ. P. 16 is appropriate. It is

ORDERED:

1. That a hearing is set for **April 8, 2010 at 3:30 p.m.** in Courtroom A701 at the United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel shall bring their calendars. This is not a scheduling conference. The parties should not submit a proposed scheduling order.

2. That prior to the hearing, the parties shall meet and confer about the following issues and be prepared to address them at the hearing:

- Case management issues, including discovery, anticipated motions, and scheduling;

- Related and associated cases; and

- Other appropriate issues enumerated in Fed. R. Civ. P. 16(c).

DATED February 25, 2010.

          BY THE COURT:

          s/Philip A. Brimmer
          PHILIP A. BRIMMER
          United States District Judge