IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02632-PAB-MJW

DOUGLAS MCGEE, on behalf of himself and other similarly situated,

Plaintiff(s),

v.

MWH CONSTRUCTORS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Parties' Stipulated Motion for Entry of Proposed Protective Order (docket no. 24) is GRANTED finding good cause shown. The written Stipulated Protective Order Concerning Confidential Information (docket no. 24-1) is APPROVED and made an Order of Court.

Date: March 23, 2010